FILED

2019 Jul-01  PM 05:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **DIANNA B. JUNKIN, et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **4:19-cv-665-CLM** |
| | } | |
| **UNITED STATES OF AMERICA, et al.,** | } | |
| | } | |
| | } | |
| **Defendants.** | } | |
| | } | |

RECUSAL ORDER

The undersigned hereby recuses himself from further participation in the above-styled action.

The clerk is DIRECTED to reassign this case to another judge in accordance with the clerk's normal procedure.

DONE and ORDERED this 1st day of July, 2019.

_____
COREY L. MAZE
U.S. DISTRICT JUDGE